IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAROLD LAINE RICHISON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-08-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is affirmed and the appeal of plaintiff Larold Laine Richison is dismissed.

_____
Peter Oppeneer, Clerk of Court

_6/7/11_____
Date